UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

GRACO, INC. AND GRACO MINNESOTA INC.,

Civil No. 09-1757 (JRT/RLE)

Plaintiff,

v.

**ORDER**

TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., TECHTRONIC INDUSTRIES CO., LTD., AND HOME DEPOT U.S.A., INC.,

Defendants.

_____

Christopher Larus, Damien Riehl, and Kimberly Miller, **ROBINS KAPLAN MILLER & CIRESI LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402**,** for plaintiff.

Scott Smith, **HALLELAND LEWIS NILAN & JOHNSON PA**, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402; J Donald Best, **MICHAEL BEST & FRIEDRICH, LLP**, One South Pinckney Street, Suite 700, Madison WI 53701; Richard Marschall and Melanie Reichenberger, **MICHAEL BEST & FRIEDRICH, LLP**, 100 East Wisconsin Avenue, Suite 300, Milwaukee, WI 53202, for defendants.

This matter is before the Court on the stipulation filed by the parties on October 23, 2009, for stay of Motion to Dismiss pending Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery [Docket No. 36].

**IT IS HEREBY ORDERED** that Defendant Techtronic Industries Co., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Process be stayed pending Plaintiffs' Graco Inc.'s and Graco Minnesota Inc.'s (collectively

"Graco's") Motion for Leave to Conduct Jurisdictional Discovery that will be filed on or before October 26, 2009. Upon final disposition of Graco's Motion and completion of jurisdictional discovery if so ordered, the parties will notify the Court and Graco will respond to the Motion to Dismiss within twenty days.


DATED: October 26, 2009
at Minneapolis, Minnesota.

                                                  s/John R. Tunheim
                                          JOHN R. TUNHEIM
                                      United States District Judge