## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GRACO INC. AND GRACO MINNNESOTA INC., | Civil No. 09-1757 (JRT/LIB) |
| Plaintiffs, | **ORDER** |
| v. | |
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES INC., AND TECHTRONIC INDUSTRIES CO., LTD., | |
| Defendants. | |

---

Christopher Larus, Damien Riehl, and Kelly McLain, **ROBINS KAPLAN MILLER & CIRESI LLP,** 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiffs.

Amy Vandamme, Melanie Reichenberger, Richard Marschall, **MICHAEL BEST & FRIEDRICH LLP,** 100 East Wisconsin Avenue, Suite 3300, Milwaukee, WI 53202; J Donald Best, John Scheller, **MICHAEL BEST & FRIEDRICH, LLP**, One South Pinckney Street, Suite 700, Madison WI 53703; Scott Smith, **NILAN JOHNSON LEWIS PA**, 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendants.

This matter is before the Court upon the stipulation of dismissal filed by the parties on September 23, 2010 [Docket No. 85].

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE,,** and each party shall bear its own attorneys' fees and costs.

Dated: October 8, 2010
at Minneapolis, Minnesota                   _____ s/ John R. Tunheim_____
                                            JOHN R. TUNHEIM
                                            United States District Judge